against a foreign corporation doing business in this state is absolute and whether the court will entertain jurisdiction is not a matter of discretion.

*Leonard F. Fish* and *Joseph Levy* for appellant.

*Pierre M. Brown* for respondent.

Judgment affirmed, with costs, on opinion of JENKS, P. J., at Appellate Division upon first appeal (173 App. Div. 538).

Concur: HISCOCK, Ch. J., CHASE, HOGAN, CARDOZO, McLAUGHLIN, CRANE and ELKUS, JJ.

---

BERTHA FRANKEL, Appellant, *v.* MAX WOLPER, Respondent.

*Frankel* v. *Wolper*, 181 App. Div. 485, affirmed.

(Argued March 3, 1920; decided March 19, 1920.)

APPEAL, by permission, from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered February 18, 1918, unnaimously affirming a judgment in favor of defendant entered upon a dismissal of the complaint by the court at a Trial Term without a jury in an action to recover for personal injuries alleged to have been sustained by plaintiff by reason of improper professional treatment by defendant, a physician and surgeon. The trial court held that the action was for malpractice and dismissed the complaint on the ground that the two-year Statute of Limitations applied and that the action had concededly not been brought within that time after performance of the services. Plaintiff contended that the action was one for breach of an express contract by defendant to treat and cure plaintiff.

*Sidney J. Loeb* and *Alfred B. Nathan* for appellant.

*Edwin A. Jones* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., CHASE, HOGAN, CARDOZO, McLAUGHLIN, CRANE and ELKUS, JJ.